MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MEREDITH J. EDWARDS (CABN 279301)
Special Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5061
Fax: (408) 535-5066
E-Mail: meredith.edwards@usdoj.gov

Attorneys for Plaintiff

FILED

AUG 2 3 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC CHIQUITO-VALLE,

    Defendant.

No. CR 12-70188 HRL

NOTICE OF DISMISSAL

SAN JOSE VENUE

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint without prejudice and moves that the Court quash the arrest warrant issued in connection with the complaint in this case.

DATED: August 14, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
MEREDITH J. EDWARDS
Special Assistant United States Attorney

NOTICE OF DISMISSAL (CR 12-70188 HRL)

Leave is granted to the government to dismiss the complaint. It is further ordered that the arrest warrant issued in connection with the complaint is quashed.

Date: 8/23/12

HOWARD R. LLOYD
United States Magistrate Judge